**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-2415

DERRICK ANDRÉ CEPHAS,

Plaintiff - Appellant,

versus

PEPSI BOTTLING GROUP, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (CA-04-2269-WMN)

Submitted: April 20, 2006                    Decided: April 24, 2006

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derrick André Cephas, Appellant Pro Se.  Bruce Stephen Harrison, Adam S. Belzberg, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick André Cephas appeals the district court's order granting summary judgment to the Defendant on his Title VII and 42 U.S.C. § 1981 (2000) claims of employment discrimination based on race and retaliation. See 42 U.S.C. §§ 2000e - 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cephas v. Pepsi Bottling Group, No. CA-04-2269-WMN (D. Md. Dec. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED